UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 15-2519-VBF-KK | Date: | October 6, 2016 |
| Title: | *Joseph Daniel Ramos v. Raymond Madden* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order Denying Petitioner's Motion to Stay (Dkt. 30)

      This is a state habeas action filed by petitioner Joseph Daniel Ramos ("Petitioner"). On January 19, 2016, Respondent filed its Answer. Docket No. ("dkt") 9. Petitioner failed to file a timely Traverse.

      On March 7, 2016, the Court issued its first Report and Recommendation ("first R and R") that the Petition be denied. Dkt. 12. On April 1, 2016, Petitioner filed Objections to the first R and R requesting the R and R be vacated to permit him to file a Traverse. Dkt. 14. Hence, on April 7, 2016, the Court vacated the first R and R and ordered Petitioner to file his Traverse no later than May 9, 2016. Dkt. 15. Petitioner subsequently filed a request for extension of time to file a Traverse. Dkt. 18. The Court granted Petitioner's request and continued his date to file a Traverse until July 11, 2016. Dkt. 19. Petitioner then filed a second request for extension of time to file a Traverse. Dkt. 20. The Court granted Petitioner's request and continued his date to file a Traverse until September 9, 2016. Dkt. 21. Petitioner then filed a third request for an extension of time to file a Traverse, dkt. 22, which the Court denied on September 14, 2016. Dkt. 23.

      On September 14, 2016, the Court issued its second Report and Recommendation ("second R and R") that the Petition be denied. Dkt. 24. Petitioner was notified that Objections to the second R and R were due by October 14, 2016. Dkt. 25.

Petitioner has now filed an untimely Traverse, dkt. 28, Objections, dkt. 29, and Motion to Stay dkt. 30.  The Court will construe Petitioner's Traverse as Objections to the Court's second R and R, dkt. 24, and will consider these Objections before issuing any final Report and Recommendation.  Petitioner's Motion to Stay is therefore DENIED as MOOT.

Petitioner is reminded he has until October 14, 2016 to file any further objections.  The matter will be deemed submitted on that date.

**IT IS SO ORDERED.**