JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL RAMOS,<br><br>             Petitioner,<br><br>             v.<br><br>RAYMOND MADDEN,<br><br>             Respondent. | Case No. ED CV 15-02519-VBF (KK)<br><br>JUDGMENT |

Pursuant to this Court's contemporaneously issued Order Accepting Findings and Recommendation of United States Magistrate Judge, Denying the Habeas Corpus Petition, Dismissing the Action with Prejudice, and Directing the entry of Separate Judgment, **final judgment is hereby entered in favor of the respondent and against the petitioner.**

Dated: January 18, 2017

_____
HON. VALERIE BAKER FAIRBANK
United States District Judge